UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGIE BOUDREAUX, an individual, on behalf of herself and all others similarly situated,<br><br>                  Plaintiff,<br><br>- vs -<br><br>SYSTEMS EAST, INC.,<br><br>                  Defendant. | 5:23-cv-01498-DNH-ML<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO CONSOLIDATE RELATED ACTIONS AND FOR APPOINTMENT OF INTERIM CO-LEAD CLASS COUNSEL** |
| BARBARA WILLIAMS, an individual, on behalf of herself and all others similarly situated,<br><br>                  Plaintiff,<br><br>- vs -<br><br>SYSTEMS EAST, INC.,<br><br>                  Defendant. | 5:23-cv-01571-DNH-ML |

**TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

       Pursuant to Federal Rules of Civil Procedure 42 and 23, Plaintiffs Angie Boudreaux and Barbara Williams hereby move this Court for entry of an Order (a) consolidating *Boudreaux v. Systems East, Inc.*, Case No. 5:23-cv-01498 (DNH/ML) and *Williams v. Systems East, Inc.*, Case No. 5:23-cv-01571, and (b) appointing Wolf Haldenstein Adler Freeman & Herz LLP and Siri & Glimstad LLP as Interim Co-Lead Class Counsel in the consolidated action. Defendant does not oppose consolidation and takes no position regarding leadership.

DATED:   December 22, 2023              Respectfully submitted,

/s/ Rachele R. Byrd
Rachele R. Byrd*
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Telephone: (619) 239-4599
Fax: (619) 234-4599
byrd@whafh.com

Benjamin Y. Kaufman
Kate McGuire
**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
270 Madison Avenue
New York, NY 10016
Telephone: 212-545-4600
kaufman@whafh.com
mcguire@whafh.com

**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
M. Anderson Berry*
Gregory Haroutunian
Brandon P. Jack (*pro hac vice forthcoming*)
865 Howe Avenue
Sacramento, CA 95825
Tel: 916.239.4778
aberry@justice4you.com
gharoutunian@justice4you.com
bjack@justice4you.com

*Attorneys for Plaintiff Boudreaux*

**SIRI & GLIMSTAD LLP**

DATED:   December 22, 2023              /s/ Mason A. Barney
Mason A. Barney
*mbarney@sirillp.com*
Tyler J. Bean
*tbean@sirillp.com*
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel.: (212) 532-1091

*Attorneys for Plaintiff Williams*

**Pro hac vice* pending

2