UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANGIE BOUDREAUX and BARBARA WILLIAMS**, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>vs.<br><br>**SYSTEMS EAST, INC.**, a New York Domestic Business Corporation<br><br>    Defendant. | Lead Case No.: 5:23-cv-01498-DNH-ML<br><br>**CONSOLIDATED CLASS ACTION** |

## PARTIES' JOINT NOTICE OF SETTLEMENT

Plaintiffs Angie Boudreaux and Barbara Williams, individually and on behalf of those similarly situated, and Defendant Systems East, Inc. (collectively, the "Parties"), state as follows:

1. On April 25, 2024, the Parties attended an all-day mediation before the Hon. Wayne R. Andersen (Ret.) of JAMS.

2. The Parties are pleased to inform the Court that, as a result of the mediation and the negotiations that continued thereafter, they reached a class-wide settlement of this action in principle.

3. To permit time for the Parties to document their settlement, and for Plaintiffs to submit a motion for preliminary approval of the settlement thereafter, the Parties request that the Court continue the current stay of this matter (Doc. 21) up to and including May 31, 2024, by which date Plaintiffs intend to file their motion for preliminary approval.

Dated: May 2, 2024                                                            Respectfully submitted,

/s/ *Daniel M. Braude*                                                       /s/*Rachele R. Byrd*
  Daniel M. Braude, Bar Roll No. 517522          Rachele R. Byrd (pro hac vice)
**MULLEN COUGHLIN LLC**                              **WOLF HALDENSTEIN ADLER**
411 Theodore Fremd Avenue                            **FREEMAN & HERZ LLP**
Suite 206 South                                      750 B Street, Suite 1820
Rye, New York 10580                                  San Diego, CA 92101
Tel: (267) 930-1316                                  Tel: (619) 239-4599
dbraude@mullen.law                                   E: byrd@whafh.com

  ***Attorneys for Defendant***                              Mason A. Barney
                                                          NDNY Bar Roll No. 518229
                                                          **SIRI & GLIMSTAD LLP**
                                                          745 Fifth Avenue, Suite 500
                                                          New York, New York 10151
                                                          Tel: (212) 532-1091
                                                          E: mbarney@sirillp.com

                                                          M. Anderson Berry (pro hac vice)
                                                          Gregory Haroutunian
                                                          **CLAYEO C. ARNOLD**
                                                          **A PROFESSIONAL CORPORATION**
                                                          865 Howe Avenue Sacramento, CA 95825
                                                          Tel: 916.239.4778
                                                          Fax: 916.924.1829
                                                          E: aberry@justice4you.com
                                                          E: gharoutunian@justice4you.com

                                                          ***Attorneys for Plaintiffs***