UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANGIE BOUDREAUX and BARBARA WILLIAMS**, individually, and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br>     vs.<br><br>**SYSTEMS EAST, INC.**, a New York Domestic Business Corporation<br><br>          Defendant. | Lead Case No.: 5:23-cv-01498-DNH-ML<br><br>**CONSOLIDATED CLASS ACTION** |

### NOTICE OF UNOPPOSED MOTION AND MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs hereby submit this Unopposed Motion for Preliminary Approval of Class Action Settlement; the accompanying Memorandum of Law; and the Declaration of Rachele R. Byrd, and the exhibits attached thereto. Plaintiffs, Angie Boudreaux and Barbara Williams, will and hereby do move this Court, located at 15 Henry Street, Binghamton, New York 13901, for an Order, pursuant to Federal Rule of Civil Procedure 23(e):

1. Granting preliminary approval of the settlement described in the "Settlement Agreement" between Plaintiffs and Defendant, and the attachments thereto, including the Claim Form, Short Form Notice, Long Form Notice, Proposed Preliminary Approval Order, and Proposed Final Approval Order, attached to the Declaration of Rachele R. Byrd filed in support of this motion;

2. Provisionally certifying the Settlement Class under Federal Rule of Civil Procedure 23(b)(3) for settlement purposes only;

3. Appointing Rachele R. Byrd of Wolf Haldenstein Adler Freeman & Herz LLP; M. Anderson Berry of Clayeo C. Arnold, A Professional Law Corp.; and Mason A. Barney of Siri & Glimstad LLP as Class Counsel;

4. Appointing Angie Boudreaux and Barbara Williams as Class Representatives for the Settlement Class;

5. Approving a customary short/postcard notice to be mailed to the Settlement Class Members (the "Short Form Notice") in a form substantially similar to that attached as Exhibit B to the Settlement Agreement;

6. Approving a customary long form notice (the "Long Form Notice") to be posted on the Settlement Website in a form substantially similar to the one attached as Exhibit C to the Settlement Agreement;

7. Approving the use of a claim form (the "Claim Form") substantially similar to that attached as Exhibit A to the Settlement Agreement;

8. Directing that Notice be sent to the Settlement Class in the form and manner proposed as set forth in the Settlement Agreement and its attachments;

9. Appointing Angeion Group as the Claims Administrator; and

10. Setting a hearing date and schedule for final approval of the Settlement and such other, further, or different relief as the Court deems just and proper.

A proposed Preliminary Approval Order is filed herewith.

Dated: July 17, 2024                                    Respectfully submitted,

                                                         /s/ Rachele R. Byrd
                                                        RACHELE R. BYRD

Mason A. Barney
NDNY Bar Roll No. 518229
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com

Rachele R. Byrd (*pro hac vice*)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Tel: (619) 239-4599
E: byrd@whafh.com

M. Anderson Berry (*pro hac vice*)
Gregory Haroutunian
**CLAYEO C. ARNOLD A PROFESSIONAL CORPORATION**
865 Howe Avenue Sacramento, CA 95825
Tel: 916.239.4778
Fax: 916.924.1829
E: aberry@justice4you.com
E: gharoutunian@justice4you.com

*Counsel for Plaintiffs*