UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ANGIE BOUDREAUX and BARBARA WILLIAMS**, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>**SYSTEMS EAST, INC.**, a New York Domestic Business Corporation<br><br>Defendant. | Lead Case No.: 5:23-cv-01498-DNH-ML<br><br>**CONSOLIDATED CLASS ACTION** |

## NOTICE OF UNOPPOSED MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs hereby submit this Unopposed Motion for Final Approval of Class Action Settlement; the accompanying Memorandum of Law; the Joint Declaration of Class Counsel; and the Declaration of Nadine Albenze-Smith and the exhibits attached thereto. Plaintiffs Angie Boudreaux and Barbara Williams will and hereby do move this Court, located at 15 Henry Street, Binghamton, New York 13901, for an Order, pursuant to Federal Rule of Civil Procedure 23(e):

1. Granting final approval of the settlement described in the "Settlement Agreement" between Plaintiffs and Defendant, and the attachments thereto, including the Claim Form, Short Form Notice, Long Form Notice, and Proposed Final Approval Order, attached as Exhibit 1 to the Declaration of Rachele R. Byrd in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, filed on July 17, 2024 (ECF No. 28-2);

2. Certifying the Settlement Class under Federal Rule of Civil Procedure 23(b)(3) for settlement purposes only;

3. Appointing Rachele R. Byrd of Wolf Haldenstein Adler Freeman & Herz LLP; M. Anderson Berry of Clayeo C. Arnold, A Professional Law Corp.; and Mason A. Barney of Siri & Glimstad LLP as Class Counsel;

4. Appointing Angie Boudreaux and Barbara Williams as Class Representatives for the Settlement Class; and

5. Approving the Notice sent to the Settlement Class in the form and manner as set forth in the Settlement Agreement and its attachments.

A proposed Final Approval Order is filed herewith.

Dated: November 13, 2024                             Respectfully submitted,

                                                                   */s/ Rachele R. Byrd*

Rachele R. Byrd (*pro hac vice*)
**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
750 B Street, Suite 1820
San Diego, CA 92101
Tel: (619) 239-4599
E: byrd@whafh.com

Mason A. Barney
NDNY Bar Roll No. 518229
**SIRI & GLIMSTAD LLP**
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: mbarney@sirillp.com

M. Anderson Berry (*pro hac vice*)
Gregory Haroutunian
**CLAYEO C. ARNOLD A PROFESSIONAL CORPORATION**
865 Howe Avenue Sacramento, CA 95825
Tel: 916.239.4778
Fax: 916.924.1829
E: aberry@justice4you.com
E: gharoutunian@justice4you.com

*Class Counsel for Plaintiffs and the Settlement Class*